RECEIVED

DEC - 6 2011

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DARRYL J. STERLING                          CIVIL ACTION NO. 2:11-cv-0449
        LA. DOC #306435
VS.                                          SECTION P

                                             JUDGE WALTER

WARDEN BURL CAIN                             MAGISTRATE JUDGE KAY

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U .S.C. § 2244(b)(3) for further proceedings by that Court.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this ___ day of _____, 2011.

DONALD E. WALTER

UNITED STATES DISTRICT JUDGE